≋AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JOHNNY MANGUM
4309 DELMAR DRIVE
MONTGOMERY, ALABAMA

**WARRANT FOR ARREST**

Case Number:    2:04CR214-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOHNNY MANGUM_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspire with Intent to Distribute a Controlled Substance

in violation of Title _____21_____ United States Code, Section(s) _____846_____

_____DEBRA P. HACKETT_____
Name of Issuing Officer

_____[signature]_____
Signature of Issuing Officer

_____CLERK OF COURT_____
Title of Issuing Officer

JUNE 1, 2005 MONTGOMERY, ALABAMA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |