IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.:    2:04cr214-A |
| ) | |
| JOHNNY MANGUM ) | |
| ) | |

## ORDER

For good cause, it is

ORDERED that the arraignment of the defendant be and is hereby scheduled for June 8, 2005 at 10:00 a.m. in courtroom 4A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 8th day of June, 2005

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE