COURTROOM DEPUTY'S MINUTES          DATE: 6/8/2005 @ _____ to _____
MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: _____
                                    TAPE NO: _____ @ _____ to _____

☑ ARRAIGNMENT    ☐ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: _Delores R. Boyd_   DEPUTY CLERK: _S. Q. Long, Jr._
CASE NUMBER: 2:04CR214-A           DEFENDANT NAME: Johnny MANGUM
USA: Moorer                        DEFENDANT ATTY: Halstrom
PTSO: _____       Type Counsel: ( ) Waived; ( ) Retained; (✓) Panel CJA; ( ) CDO
                                   ( ) appointed at arraignment; ( ) standing in for: _____
USPO: _____
Defendant _____ does __✓__ does NOT need an interpreter.
Interpreter present? __✓__ NO _____ YES Name: _____
LOC DATE _____; PRETRIAL CONF. DATE: _____
DISCOVERY DISCLOSURE DATE: 6-8-05

---

| This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
| WAIVER OF INDICTMENT executed and filed.
| INFORMATION filed.
| Juvenile Information filed w/Certificate that State Court refuses jurisdiction.
   PLEA: ☑ Not Guilty                    ☐ Nol Contendere
         ☐ Not Guilty by reason of insanity
         ☐ Guilty as to:
             ☐ Count(s) _____
             ☐ Count(s) _____
                        ☐ dismissed on oral motion of USA;
                        ☐ to be dismissed at sentencing
| Written plea agreement filed.  ☐ ORDERED SEALED.
_____ Days to file pretrial motions.
_____ Trial date or term.
ORDER: Defendant continued under  ☐ same bond;  ☐ summons; for:
       ☐ Trial on _____;  ☐ Sentencing on _____
ORDER: Defendant remanded to custody of U. S. Marshal for:
       ☐ Posting a $ _____ bond;
       ☐ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed.
       ☐ Defendant requests time to secure new counsel.