# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. Vanzetta Penn McPherson                           Montgomery, Alabama
DATE COMMENCED: 6/9/05                                 DIGITAL RECORDING: 2:41 - 3:04
DATE COMPLETED: 6/9/05

USA                              *
vs                               *    2:04cr214-A
JOHNNY MANGUM                    *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| MATTHEW MINER | | Timothy Charles Halstrom |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy                    Tamara Martin, PTPO

### PROCEEDINGS:

( ) JURY TRIAL
(✓) OTHER PROCEEDINGS: DETENTION HEARING

| Description | 2:04cr214-A: USA v. Johnny Mangum | |
|---|---|---|
| Date | 6/9/2005  **Location** Courtroom 5A | |
| Time | Speaker | Note |
| 2:41:54 PM | Court | Open the Proceedings |
| 2:42:16 PM | Plaintiff | Makes Recommendations for Release |
| 2:43:32 PM | Defendant | Replies regarding recommendation; Requests that defendant not be restricted from driving a truck due to his employment capabilities |
| 2:46:12 PM | Court | Questions defendant regarding employment and family background |
| 2:48:17 PM | Court | Questions defendant regarding his cooperation with government |
| 2:49:36 PM | Court | Will place the defendant on Home Detention; Conditions of Release explained to the defendant; Any job defendant seeks, may not require Defendant to leave the Middle District of Alabama; Defendant may drive a truck within this district; Pretrial set for 7/5/05 |