IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CR. NO. 2:04cr214-A |
| | ) | |
| JOHNNY MANGUM | ) | |
| | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Johnny Mangum, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C.§3161 et. seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_6/9/05_
DATE

_____
JOHNNY MANGUM,
DEFENDANT

_6/9/05_
DATE

_____
TIMOTHY C. HALSTROM,
ATTORNEY FOR DEFENDANT