**COURTROOM DEPUTY'S MINUTES**  **DATE:** 7/5/05

**MIDDLE DISTRICT OF ALABAMA**  **Digital Recording:** 9:17 - 9:18

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:04cr214-A
**PLAINTIFF:** USA  **DEFENDANT(S):** Johnny Mangum

| PLAINTIFF | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * * * * * | Timothy Charles Halstrom (NOT PRESENT) |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**

☐ **REMARKS:**  8/22/05 Consent Date