IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | CASE NO. 2:04cr214-A |
| ) | |
| JOHNNY MANGUM   ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for 29 August 2005, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on 8 August 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 7th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE