IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04CR214-A |
| | ) | [WO] |
| JOHNNY MANGUM | ) | |

**ORDER ON MOTION**

On 18 July 2005, the defendant JOHNNY MANGUM ["Mangum"] filed a Motion For Modification of Pre-Trial Release Conditions (Doc. # 263). Upon consideration of the unopposed motion, and for good cause, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the conditions of release set by the court on 9 June 2005 (Doc. # 239) are hereby MODIFIED to reflect that Mangum may participate in the Earned Leave Program. Mangum is still required, however, to report to his Pretrial Services Officer at any time he is requested to do so.

DONE this 19th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE