IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR NO. 2:04CR214-A |
| | * | |
| JOHNNY MANGUM, | * | |
| DEFENDANT | * | |

### NOTICE OF SUBSTITUTE COUNSEL

Comes now the undersigned counsel for Defendant Johnny Mangum and gives notice to the Court that he has arranged for Mr. Kevin Butler to appear as substitute counsel for the purposes of the pretrial conference set for this case on Monday, August 8, 2005 at 9:00 A.M.. For cause states to the Court that he must appear in the Circuit Court of Montgomery County for a significant motion hearing at the same time. Mr. Butler has been briefed on all issues pertinent to the pre-trial conference and otherwise meets the requirements of the Court Order on Arraignment entered on March 21, 2005.

Respectfully submitted this day, August 1, 2005.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Johnny Mangum

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4162 Carmichael Court
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Terry Moorer, Esq.
Kevin Butler, Esq.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021