| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | DATE: 8/8/05 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:14 - 9:17 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:04cr214-A
**PLAINTIFF:** USA    **DEFENDANT(S):** Tarsus T. Lanier
                                              Xavier Hopkins
                                              Johnny Mangum

| PLAINTIFF | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Richard Kelly Keith |
| | * | John M. Poti |
| | | Kevin Butler |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:** Deft. Hopkins M/Sever (Possible Moot Issue)

☐ **PLEA STATUS:**    Lanier and Mangum:  Likely Plea; 8/19/05 Noon-Plea Agreement Due
                                              8/22/05 Consent Date

☐ **TRIAL STATUS**    3 days for trial

☐ **REMARKS:**