IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:04cr214-A |
| | ) | |
| | ) | |
| XAVIER HOPKINS | | |
| JOHNNY MANGUM | | |

## ORDER

A pretrial conference was held on 8 August 2005 before the undersigned Magistrate Judge. Present at this conference were John M. Poti, Esq., counsel for defendant Xavier Hopkins and Kevin Butler, Esq., stand in counsel for defendant Johnny Mangum and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 29 August 2005. The trial of this case is set for the trial term commencing on 29 August 2005and is expected to last 3 days.

2. Pending before the court is a Motion to Sever (Doc. #195), filed by defendant Xavier Hopkins.

3. Proposed voir dire questions shall be filed on or before 22 August 2005. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 22 August 2005. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 22 August 2005.

6.        A defendant who wishes to enter a plea pursuant to Rule 11 (e)(A) or (C) shall do so no later than 22 August 2005.  The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 29 August 2005.

DONE this 10th Day of August 2005.

                                        /s/ Vanzetta Penn McPherson
                                        VANZETTA PENN MCPHERSON
                                        UNITED STATES MAGISTRATE JUDGE