IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:04-cr-214-A |
| | ) | |
| JOHNNY MANGUM | ) | |

<u>MOTION FOR LEAVE TO DISMISS INDICTMENT WITHOUT PREJUDICE</u>

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss without prejudice the Indictment, as to JOHNNY MANGUM ONLY, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 23rd day of August, 2005.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY

          s/Terry F. Moorer
          TERRY F. MOORER
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          E-mail: terry.moorer@usdoj.gov
          ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:04-cr-214-A |
| | ) | |
| JOHNNY MANGUM | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Halstrom, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T